# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| James A. Sims ) | Case No: 4:05-CR-00016-001 |
| ) | USM No: |
| Date of Previous Judgment: 3/10/06 ) | Robert T. Carter |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ✖ the defendant  ❐ the Director of the Bureau of Prisons  ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ❐ DENIED.   ✖ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  235  months **is reduced to**  188  months. If this revised sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "time served" sentence.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 235 to 293 months | Amended Guideline Range: | 188 to 235 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
✖ The reduced sentence is within the amended guideline range.
❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐ Other (explain):

**III. ADDITIONAL COMMENTS**
The Court has granted Defendant the greatest reduction possible under the crack retroactivity amendments.

Except as provided above, all provisions of the judgment dated  3/10/06  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   November 24, 2008                              /s/
                                                                                    Judge's signature

Effective Date:  December 5, 2008                Curtis L. Collier, Chief United States District Judge
      (if different from order date)                                    Printed name and title